IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LASHEIKA JACKSON                                PLAINTIFF

v.                    No. 3:14-cv-283-DPM

EDWARD BURLESON, and
MARTEN TRANSPORT                        DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

12 February 2016